**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Joda, Bradley J | ) | CASE NO. 15-07077-BWB |
| Joda, Karen M | ) | |
| Debtor(s). | ) | Hon. Bruce W. Black |

**CERTIFICATE OF SERVICE**

      I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the attached service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on May 3, 2016.

Cindy M. Johnson                                                       /s/ Cindy M. Johnson
140 S. Dearborn St.
Suite 1510
Chicago, IL 60603
Business     (312) 345-1306

# SERVICE LIST

| | | |
|---|---|---|
| Chase Card<br>P.o. Box 15298<br>Wilmington, DE 19850-5298 | Joseph R Doyle<br>Bizar & Doyle Ltd<br>123 West Madison Street<br>Suite 205<br>Chicago, IL 60602-4631 | HSBC Bank USA, National Association as Trust<br>C/O Wells Fargo Bank, N.A., as servicer<br>Attn: Bankruptcy Dept./MAC# D3347-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 |
| Harris N.a.<br>Bmo Harris Bank - Bankruptcy<br>Dept.-Brk-1<br>770 N Water Street<br>Milwaukee, WI 53202-0002 | Bradley J Joda & Karen M Joda<br>24961 Old Oak Lane Shorewood, IL<br>60404-7412 | Chase<br>800 Brooksedge Blvd<br>Westerville, OH 43081-2822 |
| Center for Dental Implants<br>Oral & Facial Surgery<br>1124 Essington Rd., Suite B<br>Joliet, IL 60435-8423 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| Yanick Polycarpe<br>Pierce and Associates, P.C.<br>1 North Dearborn   Suite 1300<br>Chicago, IL 60602-4373 | Jeffrey Snell<br>Office of the United States Trustee<br>219 S. Dearborn St., Room 873<br>Chicago, IL 60604-2027 | Wells Fargo Dealer Services<br>PO Box 19657<br>Irvine, CA 92623-9657 |
| Wells Fargo Dealer Services<br>3201 N 4th Ave<br>Sioux Falls, SD 57104-0700 | Wells Fargo Dealer Services<br>POB 3569<br>Rancho Cucamonga CA 91729-3569 | Wells Fargo Financial Bank<br>3201 N. 4th Ave.<br>Sioux Falls, SD 57104-0700 |
| Wells Fargo Hm Mortgag<br>Po Box 10335<br>Des Moines, IA 50306-0335 | Zales<br>PO Box 689182<br>Des Moines, IA 50368 | |