UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| Bradley J Joda | § | Case No. 15-07077 |
| Karen M Joda | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Cindy M. Johnson, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 639,927.54<br>*(Without deducting any secured claims)* | Assets Exempt: 399,091.00 |
| Total Distributions to Claimants:  4,215.87 | Claims Discharged<br>Without Payment:  1,174,485.00 |
| Total Expenses of Administration:  1,301.76 | |

3) Total gross receipts of $ 13,532.57  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 8,014.94  (see **Exhibit 2**), yielded net receipts of $ 5,517.63  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,125,340.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,301.76 | 1,301.76 | 1,301.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,145.00 | 4,205.22 | 4,205.22 | 4,215.87 |
| **TOTAL DISBURSEMENTS** | $ 1,174,485.00 | $ 5,506.98 | $ 5,506.98 | $ 5,517.63 |

4)  This case was originally filed under chapter 7 on  02/28/2015 . The case was pending for 17 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/19/2016            By:/s/Cindy M. Johnson
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account with Chase Bank | 1129-000 | 13,532.57 |
| **TOTAL GROSS RECEIPTS** | | **$ 13,532.57** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Bradley J Joda and Karen M Joda | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 8,014.94 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 8,014.94** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Financial Bank 3201 N. 4th Ave. Sioux Falls, SD 57104 | | 15,340.00 | NA | NA | 0.00 |
| | Wells Fargo Hm Mortgag Po Box 10335 Des Moines, IA 50306 | | 910,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag Po Box 10335 Des Moines, IA 50306 | | 200,000.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 1,125,340.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cindy M. Johnson | 2100-000 | NA | 1,301.76 | 1,301.76 | 1,301.76 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,301.76 | $ 1,301.76 | $ 1,301.76 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Center for Dental Implants Oral & Facial Surgery 1124 Essington Rd., Suite B Joliet, IL 60435 | | 2,530.00 | NA | NA | 0.00 |
| | Chase Card P.o. Box 15298 Wilmington, DE 19850 | | 1,071.00 | NA | NA | 0.00 |
| | Chase Card P.o. Box 15298 Wilmington, DE 19850 | | 21,009.00 | NA | NA | 0.00 |
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 20,244.00 | NA | NA | 0.00 |
| | Zales PO Box 689182 Des Moines, IA 50368 | | 4,291.00 | NA | NA | 0.00 |
| 1 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 4,205.22 | 4,205.22 | 4,205.22 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pyod, Llc Its Successors And Assigns As Assignee | 7990-000 | NA | NA | NA | 10.65 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 49,145.00 | $ 4,205.22 | $ 4,205.22 | $ 4,215.87 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-07077 | BWB | Judge: | Bruce W. Black | Trustee Name: | Cindy M. Johnson |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Bradley J Joda | | | | Date Filed (f) or Converted (c): | 02/28/2015 (f) |
| | Karen M Joda | | | | 341(a) Meeting Date: | 03/30/2015 |
| For Period Ending: | 07/19/2016 | | | | Claims Bar Date: | 08/27/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate Located At 24961 Old Oak Lane, Shorewood Il 6040 | 657,369.00 | 657,369.00 | | 0.00 | FA |
| 2. Checking and Savings with First Northern Credit | 84.93 | 50.00 | | 0.00 | FA |
| 3. Children's Custodial Checking Account with Chase | 649.61 | 0.00 | | 0.00 | FA |
| 4. Checking account with Chase Bank | 17,034.56 | 4,937.00 | | 13,532.57 | FA |
| 5. Miscellaneous Used Household Items | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6. Miscellaneous Used Books, Collectables | 250.00 | 250.00 | | 0.00 | FA |
| 7. Miscellaneous Clothing | 750.00 | 750.00 | | 0.00 | FA |
| 8. Miscellaneous jewelry J | 300.00 | 300.00 | | 0.00 | FA |
| 9. 401(k) | 352,726.00 | 310,000.00 | | 0.00 | FA |
| 10. Pension | Unknown | 0.00 | | 0.00 | FA |
| 11. Surs | 2,564.00 | 0.00 | | 0.00 | FA |
| 12. 2007 BMW X3 with 100,000 miles | 8,125.00 | 8,125.00 | | 0.00 | FA |
| 13. 1991 Chevrolet Corvette with 50,000 miles | 4,236.00 | 4,236.00 | | 0.00 | FA |
| 14. 2001 Mercedes CLK 430 with 95,000 miles | 3,625.00 | 3,625.00 | | 0.00 | FA |
| 15. 1998 BMW 740 with 156,000 miles | 625.00 | 625.00 | | 0.00 | FA |
| 16. 2 Anniversary Rings | 900.00 | 900.00 | | 0.00 | FA |
| 17. Paypal Account | 214.00 | 214.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,050,453.10 | $992,381.00 | | $13,532.57 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigating bank accounts.

Exhibit 8

Initial Projected Date of Final Report (TFR): 05/18/2017    Current Projected Date of Final Report (TFR): 05/18/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-07077 | Trustee Name: Cindy M. Johnson |
| Case Name: Bradley J Joda | Bank Name: Bank of Kansas City |
| Karen M Joda | Account Number/CD#: XXXXXX0198 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $55,728,000.00 |
| For Period Ending: 07/19/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/19/15 | 4 | Bradley J. Joda and Karen M. Joda<br>24961 Old Oak Ln<br>Shorewood, IL 60404 | Bank Account | 1129-000 | $13,532.57 | | $13,532.57 |
| 02/18/16 | 101 | Adams Levine<br>370 Lexington Ave.<br>Suite 1101<br>New York, NY 10017 | 2016 Blanket Bond Reversal Check Voided due to miscalculation of premium amount | 2300-000 | | ($7.84) | $13,540.41 |
| 02/18/16 | 101 | Adams Levine<br>370 Lexington Ave.<br>Suite 1101<br>New York, NY 10017 | 2016 Blanket Bond | 2300-000 | | $7.84 | $13,532.57 |
| 05/31/16 | 102 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,301.76 | $12,230.81 |
| 05/31/16 | 103 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $4,215.87 | $8,014.94 |
| | | | ($10.65) | 7990-000 | | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($4,205.22) | 7100-000 | | | |
| 05/31/16 | 104 | Bradley J Joda and Karen M Joda | Distribution of surplus funds to debtor. | 8200-002 | | $8,014.94 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $13,532.57 | $13,532.57 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $13,532.57 | $13,532.57 |
| Less: Payments to Debtors | $0.00 | $8,014.94 |
| Net | $13,532.57 | $5,517.63 |

Page Subtotals: $13,532.57  $13,532.57

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0198 - Checking | $13,532.57 | $5,517.63 | $0.00 |
|  | $13,532.57 | $5,517.63 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $13,532.57 |
| Total Gross Receipts: | $13,532.57 |

Page Subtotals:  $0.00  $0.00